IH-32 Rev: 2014-1

# United States District Court
## for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

CITY OF MIAMI GENERAL EMPLOYEES & SANITATION EMPLOYEES RETIREMENT TRUST, derivatively on behalf of JPMorgan Chase & Co.

**Plaintiff**

vs.

JAMES DIMON, STEPHEN B. BURKE, TODD A. COMBS, JAMES S. CROWN, TIMOTHY P. FLYNN, MELLODY HOBSON, JOHN W. KESSLER, PHEBE N. NOVAKOVIC, and JAMES E. STALEY,

**Defendant**

**Case Number:** 1:23-cv-05459

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND

**Plaintiff**

vs.

JAMES DIMON, ASHLEY BACON, LINDA B. BAMMANN, JAMES A. BELL, JOHN H. BIGGS, CRANDALL C. BOWLES, STEPHEN B. BURKE, TODD A. COMBS, DAVID M. COTE, JAMES S. CROWN, MARY C. ERDOES, TIMOTHY P. FLYNN, ELLEN V. FUTTER, MELLODY HOBSON, JOHN J. HOGAN, LABAN P. JACKSON, JR., JOHN W. KESSLER, ROBERT I. LIPP, RICHARD A. MANOOGIAN, MICHAEL A. NEAL, DAVID C. NOVAK, LEE R. RAYMOND, JAMES E. STALEY, WILLIAM C. WELDON, and BARRY L. ZUBROW,

**Defendant**

**Case Number:** 1:23-cv-03903

IH-32                                                                                Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed      (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Plaintiff filed its complaint on May 9, 2023. A telephonic pretrial conference is scheduled for June 27, 2023.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly-filed litigation and earlier-filed litigation arise from a common nucleus of operative fact related to Epstein's longstanding history as a client of JP Morgan, and JP Morgan's concealment and/or failure to report Epstein's suspicious banking practices to regulators. Both the earlier-filed litigation and the newly-filed litigation seek to hold the board of directors of JP Morgan liable for breaching their fiduciary duties by failing to properly oversee JP Morgan's relationship with Epstein and JP Morgan's compliance with applicable banking laws and regulations, and thereby allowing JP Morgan's misconduct related to Epstein to occur.

Signature: /s/ Mark Lebovitch      Date: 6/27/23

Firm: Bernstein, Litowitz, Berger & Grossmann