IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

Full Caption of Later Filed Case:

CITY OF MIAMI GENERAL EMPLOYEES
& SANITATION EMPLOYEES
RETIREMENT TRUST, derivatively on
behalf of JPMorgan Chase & Co.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:23-cv-05459 |
| JAMES DIMON, STEPHEN B. BURKE, TODD A. COMBS, JAMES S. CROWN, TIMOTHY P. FLYNN, MELLODY HOBSON, JOHN W. KESSLER, PHEBE N. NOVAKOVIC, and JAMES E. STALEY | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

GOVERNMENT OF THE UNITED
STATES VIRGIN ISLANDS

| Plaintiff | Case Number |
|---|---|
| vs. | 1:22-cv-10904-JSR |
| JPMORGAN CHASE BANK, N.A. | |
| Defendant | |

IH-32 Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✔ Open  (If so, set forth procedural status and summarize any court rulings.)

On May 8, 2023, the Court issued an order granting in part and denying in part JP Morgan's motion to dismiss the U.S. Virgin Islands' Second Amended Complaint (Docket #135). On May 24, 2023, the Court denied third-party defendant James ("Jes") Staley's motion to dismiss claims by JPMorgan. The parties have been proceeding with certain fact discovery throughout May and June.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly-filed litigation and earlier-filed litigation arise from a common nucleus of operative fact related to Epstein's longstanding history as a client of JP Morgan, and JP Morgan's concealment and/or failure to report Epstein's suspicious banking practices to regulators. The earlier-filed litigation asserts that JP Morgan facilitated, concealed, and/or enabled Epstein's abuse of dozens of victims, in violation of New York and federal law. The newly filed litigation seeks to hold the board of directors liable for breaching their fiduciary duties by failing to properly oversee JP Morgan's relationship with Epstein and JP Morgan's compliance with applicable banking laws and regulations, and thereby allowing JP Morgan's misconduct related to Epstein to occur.

Signature: /s/ Mark Lebovitch         Date: 6/27/23

Firm: Bernstein, Litowitz, Berger & Grossmann