UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| City of Miami General Employees & Sanitation Employees Retirement Trust,<br><br>Plaintiff,<br><br>-v-<br><br>James Dimon et al.,<br><br>Defendants. | 23-cv-5459 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Shortly after this case was filed, it was consolidated on consent with Operating Engineers Construction Industry & Miscellaneous Pension Fund v. Dimon, 23-cv-3903, in a telephone conference with counsel for all parties. A consolidation order, however, was never formally entered. This Order confirms the consolidation and that these cases were dismissed with prejudice on or about January 12, 2024. See ECF No. 42, 23-cv-3903. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

New York, NY
July 27, 2026

JED S. RAKOFF, U.S.D.J.